■ ELLIS H. DEWEY, as Commissioner of Public Welfare of the County of Ontario, Respondent, v. PETER LACQUITARA, Appellant.— Order unanimously reversed on the law and facts and a new trial granted, without costs of this

appeal to either party. Memorandum: The evidence was not entirely satisfactory and a new trial would be in the interest of justice. (Appeal by defendant from order of filiation of Ontario Children's Court adjudging the defendant to be the father of two children born out of wedlock.) Present — Bastow, J., Goldman, J. P., Halpern, McClusky and Henry, JJ.